# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 1, 2014

148063

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

MARTEZ TILLMAN,
        Plaintiff-Appellee,

v

THE PERFECT PITCHER SPORTS PUB, INC.,
        Defendant-Appellant.

SC: 148063
COA: 309121
Wayne CC: 11-004876-NO

_____/

      On order of the Court, the application for leave to appeal the October 22, 2013 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

      MARKMAN, J., would reverse the judgment of the Court of Appeals in part, for the reasons stated in the Court of Appeals dissenting opinion.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 1, 2014



Clerk

p0325